McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
88 Pine Street, 24th Floor
New York, New York 10005
(212) 483-9490
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

AMERICAN HOME MORTGAGE CORP.,

Plaintiff,

v.

OMEGA FINANCIAL SERVICES, INC.,

Defendant.

Civil Action No.



JUDGE BATTS
07 CIV 7044
RECEIVED
AUG 0 7 2007
U.S.D.C. S.D.N.Y.
CASHIERS

### DEFENDANT'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 the following corporate interests of Omega Financial Services, Inc. are disclosed:

1. Parents: None

2. >10% Corporate Owners: None

McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
Attorneys for Defendant

By: _____
WILLIAM N. AUMENTA (WA0141)

Dated: August 6, 2007