**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
88 Pine Street, 24th Floor
New York, New York 10005
(212) 483-9490
Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN HOME MORTGAGE CORP., <br><br> Plaintiff, <br><br> v. <br><br> OMEGA FINANCIAL SERVICES, INC., <br><br> Defendant. | Civil Action No. 07 CV 7044 (DAB) |

## PROOF OF SERVICE

Brian Carey, Esq. being duly sworn, hereby deposes and says as follows:

1. I am an attorney-at-law admitted to practice law in this Court and am an associate with McElroy, Deutsch, Mulvaney and Carpenter, LLP, attorneys for the defendant in the above-captioned action.

2. On this date, I caused a true and correct copy of the Notice of Motion to Dismiss, Memorandum of Law, Declaration of Michael Needleman, Esq., proposed form of Order and this Proof of Service to be served upon Clifford M. Solomon, Esq. via Federal Express at his office address located at:

Solomon & Tanenbaum, PC
707 Westchester Avenue, Suite 205
White Plains, New York 10604

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

>McElroy, Deutsch, Mulvaney
>& Carpenter, LLP
>Attorneys for Defendant
>
>By: _____
>BRIAN CAREY (BC 8041)

Dated: August 14, 2007