**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
88 Pine Street, 24th Floor
New York, New York 10005
(212) 483-9490
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN HOME MORTGAGE CORP., <br><br> Plaintiff, <br><br> v. <br><br> OMEGA FINANCIAL SERVICES, INC., <br><br> Defendant. | Civil Action No. 07 CV 7044 (DAB) <br><br> **MOTION TO ADMIT COUNSEL PRO HAC VICE** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, William N. Aumenta, Esq., a member in good standing of the bar of this Court hereby move for an Order allowing the admission pro hac vice of:

    Applicant's Name:  Michael J. Needleman, Esq.
    Firm Name:  Chartwell Law Offices, LLP
    Address:  1717 Arch Street, Suite 2920
    City/State/Zip:  Philadelphia, PA 19103
    Phone Number:  (215) 972-7006
    Fax Number:  (215) 972-7008

Michael J. Needleman, Esq. is a member in good standing of the Bar of the States of Pennsylvania and New Jersey.

There are no pending disciplinary proceedings against Michael J. Needleman, Esq. in any State or Federal Court.

Dated: August 14, 2007          By: _____
      New York, NY                   WILLIAM N. AUMENTA (WA0141)
                                     **MCELROY, DEUTSCH, MULVANEY**
                                     **& CARPENTER, LLP**
                                     88 Pine Street, 24th Floor
                                     New York, New York  10005
                                     T: (212) 483-9490
                                     F: (212) 483-9129

**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
88 Pine Street, 24th Floor
New York, New York 10005
(212) 483-9490
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN HOME MORTGAGE CORP., <br><br> Plaintiff, <br><br> v. <br><br> OMEGA FINANCIAL SERVICES, INC., <br><br> Defendant. | Civil Action No. 07 CV 7044 (DAB) <br><br> **AFFIDAVIT OF WILLIAM N. AUMENTA, ESQ. IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

William N. Aumenta, Esquire, being duly sworn, hereby deposes and says as follows:

1. I am an Attorney with McElroy, Deutsch, Mulvaney and Carpenter, LLP, counsel for defendant in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of defendant's motion to admit Michael J. Needleman, Esq. as counsel *pro hac vice* to represent the defendant in this matter.

2. I am a member of good standing of the bar of the State of New York and was admitted to practice law in 2000. I am also admitted to the Bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Michael J. Needleman, Esquire since 2001.

4. Mr. Needleman is an attorney with the Chartwell Law Offices, LLP, in Philadelphia, Pennsylvania.

5. I find Mr. Needleman to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the federal rules of procedure.

6. Accordingly, I am pleased to move the admission of Michael Needleman, Esq. pro hac vice.

7. I respectfully submit a proposed order granting the admission of Michael J. Needleman, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Michael J. Needleman, Esq., *pro hac vice*, to represent defendant in the above-captioned matter, be granted.

Respectfully submitted,

Dated: August 14, 2007  By: _____
New York, NY  WILLIAM N. AUMENTA (WA0141)
**MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
88 Pine Street, 24th Floor
New York, New York 10005
T: (212) 483-9490
F: (212) 483-9129



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

### *Michael Joshua Needleman, Esq.*

#### DATE OF ADMISSION

#### *December 6, 2001*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: July 30, 2007

*Patricia A. Johnson*
Chief Clerk

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **MICHAEL J NEEDLEMAN** (No. **021802001**) was constituted and appointed an Attorney at Law of New Jersey on **December 13, 2001** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **2ND** day of **August**, 20 **07**

Clerk of the Supreme Court

-453a-

**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
88 Pine Street, 24th Floor
New York, New York 10005
(212) 483-9490
Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN HOME MORTGAGE CORP., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07 CV 7044 (DAB) |
| OMEGA FINANCIAL SERVICES, INC., | : |
| Defendant. | : |

## PROOF OF SERVICE

William N. Aumenta, Esq. being duly sworn, hereby deposes and says as follows:

1. I am an attorney-at-law admitted to practice law in this Court and am an associate with McElroy, Deutsch, Mulvaney and Carpenter, LLP, attorneys for the defendant in the above-captioned action.

2. On this date, I caused a true and correct copy of the Motion to Admit Michael J. Needleman, Esq., Pro Hac Vice, Affidavit of William N. Aumenta, Esq., proposed form of Order and this Proof of Service to be served upon Clifford M. Solomon, Esq. via Federal Express at his office address located at:

Solomon & Tanenbaum, PC
707 Westchester Avenue, suite 205
White Plains, New York 10604

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                              MCELROY, DEUTSCH, MULVANEY
                                                  &CARPENTER, LLP
                                              Attorneys for Defendant

                                    By: _____
                                          WILLIAM N. AUMENTA (WA0141)

Dated: August 14, 2007