USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug 31, 2007

Case 1:07-cv-07044-DAB     Document 9     Filed 08/31/2007     Page 1 of 1

# SOLOMON & TANENBAUM, P.C.

### ATTORNEYS AT LAW
707 WESTCHESTER AVENUE, SUITE 205
WHITE PLAINS, NEW YORK    10604

(914) 289-0800   •   FAX: (914) 289-1806

CLIFFORD M. SOLOMON
STEVEN R. TANENBAUM

WILLIAM V. COLEMAN *

DORI-ELLEN S. FELTMAN ◊
*OF COUNSEL*

\* Admitted in NY & D.C.
◊ Admitted in NY & TX



RECEIVED
AUG 2 3 2007
CHAMBERS OF
DEBORAH A. BATTS
U.S.D.J.

August 22, 2007

**VIA FEDERAL EXPRESS**
Hon. Deborah A. Batts
United States District Court
United States Courthouse
500 Pearl Street, Room 2510
New York, New York        10007

Re:    <u>*American Home Mortgage Corp. v. Omega Financial Services, Inc.*</u>
        Civil Action no. 07 CV 7044 (DAB)

Dear Judge Batts:

This firm represents plaintiff, American Home Mortgage Corp. ("AHMC"). AHMC commenced the above action in the Supreme Court of the State of New York, County of New York on July 18, 2007. Please note that on August 6, 2007 AHMC filed a Voluntary Petition in United States Bankruptcy Court, District of Delaware, under chapter 11 of the Bankruptcy Code (Case No. 07-11051 (CSS)), which is being jointly administered with several other chapter 11 cases.

We recently received a "Notice of Filing of Notice of Removal", and "Notice of Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(3) and 28 U.S.C. 1404" from the attorneys representing defendant, Omega Financial Services, Inc. ("Omega"). AHMC intends to oppose Omega's motion to dismiss, however, we are now awaiting determination by the Bankruptcy Court of a motion seeking to authorize AHMC to retain this firm as counsel for the purpose of, among other things, prosecuting the action against Omega. We have been informed that the request to authorize AHMC to retain this firm as counsel will be heard by the Bankruptcy Court on September 4, 2007.

Accordingly, we respectfully <u>request that the time for AHMC to submit opposition papers to Omega's motion be extended</u> until after the Bankruptcy Court determines the motion seeking to authorize AHMC to retain this firm as counsel. Thank you for your attention to this matter.

*/DAB/
GRANT
08/29/0*

**SO ORDERED**

*Deborah A. Batts*

WVC:rs       **DEBORAH A. BATTS**
cc:    **UNITED STATES DISTRICT JUDGE** Carpenter, LLP
        attn: William N. Aumenta, Esq.

        The Chartwell Law Offices, LLP
        attn: Michael J. Needleman, Esq.

Respectfully Submitted,

William V. Coleman

*Opposition papers are
due within 20 days
of the Bankruptcy Court
determination. /DAB/
8/29/07*