**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
88 Pine Street, 24th Floor
New York, New York 10005
(212) 483-9490
Attorneys for Defendant

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Sept. 13 2007
```

## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN HOME MORTGAGE CORP., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07 CV 7044 (DAB) |
| OMEGA FINANCIAL SERVICES, INC., | : |
| Defendant. | : **ORDER** |

THIS MATTER having been presented to the court upon the application of McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for the defendant, Omega Financial Services, Inc. ("Defendant"), for an Order admitting Michael J. Needleman, Esq. pro hac vice, on notice to all parties, and the court having considered the application including the sponsor's affidavit in support, and for good cause shown;

IT IS on this ____ day of _____, 2007;

ORDERED that

        Applicant's Name:   Michael J. Needleman, Esq.
        Firm Name:   Chartwell Law Offices, LLP
        Address:   1717 Arch Street, Suite 2920
        City/State/Zip:   Philadelphia, PA 19103
        Phone Number:   (215) 972-7006
        Fax Number:   (215) 972-7008
        E-mail address:   mneedleman@chartwelllaw.com

is admitted to practice pro hac vice as counsel for defendant, Omega Financial Services, Inc., in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City/State:

*Deborah A. Batts*
United States District/Magistrate Judge
8/29/07