UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
AMERICAN HOME MORTGAGE CORP.,

                Plaintiff,

- against -

OMEGA FINANCIAL SERVICES, INC.,

                Defendant.
----------------------------------------------------------------x

Civil Action No.
07 CV 7044 (DAB)

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

    The parties, through the signatures of their counsel on this Stipulation, stipulate to dismiss this action without prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil procedure.

Dated: September 28, 2007

| | |
|---|---|
| SOLOMON & TANENBAUM, P.C.<br>*Attorneys for Plaintiff*<br>AMERICAN HOME<br>MORTGAGE CORP.<br><br>By: _____<br>Clifford M. Solomon, Esq. (CS 7349)<br>707 Westchester Avenue, Suite 205<br>White Plains, New York 10604<br>(914) 289-0800 | MCELROY, DEUTSCH,<br>MULVANEY & CARPENTER, LLP<br>*Attorneys for Defendant*<br>OMEGA FINANCIAL<br>SERVICES, INC.<br><br>By: _____<br>William N. Aumenta, Esq. (WA0141)<br>88 Pine Street<br>New York, New York 10005<br>(212) 483-9490 |

SO ORDERED.

*Deborah A. Batts*
11/15/07